WO

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | | |
|---|---|---|
| United States of America, | ) | Mag. No. 08-0151M |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER RE: EXTENDING TIME |
| | ) | TO INDICT |
| Edmundo Vasquez-Vasquez, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

HAVING considered Defendant Edmundo Vasquez-Vasquez' Motion to Extend Time to Indict and good cause having been shown;

THE COURT makes the following findings:

1. Counsel for defendant has only recently been appointed;

2. The defendant earnestly wishes to consider the plea offer extended by the government;

3. The defendant wishes to investigate possible defenses prior to considering the government's plea offer;

4. The government's plea offer, if accepted by the defendant and then the Court, would likely reduce defendant's exposure to a significant term of imprisonment;

5. If the defendant does not timely accept the plea offer prior to indictment, the government will withdraw said plea offer and any

1  subsequent plea offer after indictment would likely be less advantageous

2  to the defendant;

3      6.   Failure to extend time for indictment in this instance would thus operate

4  to bar defendant from reviewing the government's plea offer in a

5  meaningful way prior to indictment; and

6      7.   The ends of justice served by this continuance outweigh the best interest

7  of the public and the defendant in a speedy indictment.

8

9      **IT IS HEREBY ORDERED** that defendant's Motion to Extend Time for Indictment

10  requesting an extension of thirty (30) days within the government may seek to indict

    defendant, is hereby granted.

11

12      **IT IS FURTHER ORDERED** that pursuant to the Speedy Trial Act, 18 U.S.C. §

13  3161, the Government shall have an extension of thirty (30) days to file a timely Indictment.

14  Excludable time shall begin to run on the 31st day after arrest for a period of thirty (30) days

    in which the Government may present the case to the grand jury.

15

16      DATED this 2nd day of May, 2008.

17

18                          _Lawrence O. Anderson_
                            Lawrence O. Anderson
19                          United States Magistrate Judge

20

21

22

23

24

25

26

27

28